IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAY -7 P 4: 32

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUPERIOR BANK, )<br>Birmingham, AL, )<br>)<br>Garnishee, )<br>)<br>LYNNE BRACKINS, )<br>)<br>Defendant ) | CRIMINAL NO. 2:05cr185<br><br>2:07-mc-3361-MHT |

## APPLICATION FOR WRIT OF GARNISHMENT

TO: Honorable Debbie C. Hackett
Clerk, United States District Court
Middle District of Alabama
Montgomery, Alabama 36101

Please issue writ of garnishment for the seizure from the garnishee, Superior Bank, 17 N. 20th Street, Birmingham, Alabama 35203, all property held in the possession of Superior Bank, in the name of Lynne Brackins, to compel performance of the judgment entered March 8, 2006, in this cause. Said defendant has failed to comply with said judgment as more fully appears

from the affidavit of R. Randolph Neeley, Assistant United States Attorney, attached hereto as plaintiff's Exhibit A.

Dated this ___7th___ day of __May__, 2007.

                              LEURA G. CANARY
                              United States Attorney

BY: _____
      R. RANDOLPH NEELEY
      Assistant United States Attorney
      Bar Number:  9083-E56R
      Post Office Box 197
      Montgomery, AL  36101-0197
      Telephone No.:  (334) 223-7280
      Facsimile No.:  (334) 223-7418
      E-mail:  rand.neeley@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. <u>2:05cr185</u> |
| ) | |
| SUPERIOR BANK, ) | 2:07-mc-3361-MHT |
| Birmingham, AL, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| LYNNE BRACKINS, ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, plaintiff, herein.

2. Judgment was entered on March 8, 2006, for plaintiff and against defendant, Lynne Brackins, for the sum of $$120,100.00, lump sum payment due immediately.

3. Defendant resides within the jurisdiction of this court at 17654 U.S. Highway 84, Andalusia, Alabama 36421.

4. The judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. On May 1, 2007, defendant called plaintiff and advised plaintiff of funds in possession of Superior Bank, and requested that plaintiff file a writ of garnishment against these funds.

6. The balance on the judgment as of May 1, 2007, is $119,833.39.

7. Upon information and belief, Lynne Brackins, defendant, has funds on deposit with Superior Bank, 17 N. 20th Street, Birmingham, Alabama 35203, garnishee.

        LEURA G. CANARY
        United States Attorney

BY: _____
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Post Office Box 197
        Montgomery, AL 36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        E-mail: rand.neeley@usdoj.gov

Sworn to and subscribed before me this 7th day of May, 2007.

_____
NOTARY PUBLIC