IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 2:05cr185 |
| SUPERIOR BANK, Birmingham, AL, | ) 2:07-mc-3361-MHT |
| Garnishee, | ) |
| LYNNE BRACKINS, | ) |
| Defendant | ) |

### WRIT OF GARNISHMENT

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA:

Judgment having been entered in the above cause on March 8, 2006, in the sum of $120,100.00, against the defendant, Lynne Brackins, said sum having not been paid, you are commanded to seize from the garnishee, Superior Bank, 17 N. 20th Street, Birmingham, Alabama 35203, any and all proceeds belonging to said defendant, Lynne Brackins, including but not limited to, checking account funds, savings account funds, private reserve account funds, 401K, retirement funds, IRAs, CDs, and make return of this writ, and the execution thereof, according to law.

IN WITNESS WHEREOF, I, Debbie C. Hackett, Clerk of said Court, have Set My Hand this the ___9th___ day of ___May___, 2007.

                                DEBBIE C. HACKETT, Clerk
                                United States District Court
                                For the Middle District of Alabama

BY: _____
                                Deputy Clerk

Case 2:07-mc-03361-MHT    Document 2    Filed 05/09/2007    Page 2 of 2