IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:07cv3361-MHT |
| ) | |
| SUPERIOR BANK, ) | |
| Birmingham, AL, and ) | |
| ) | |
| STERNE, AGEE, AND LEACH, INC., ) | |
| Birmingham, Alabama, ) | |
| ) | |
| Garnishees, ) | |
| ) | |
| LYNNE BRACKINS, ) | |
| ) | |
| Defendant ) | |

## WRIT OF GARNISHMENT

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA:

Judgment having been entered in the above cause on March 8, 2006, in the sum of $120,100.00, against the defendant, Lynne Brackins, said sum having not been paid, you are commanded to seize from the garnishees, Superior Bank, 17 N. 20th Street, Birmingham, Alabama 35203, and, Sterne, Agee, and Leach, Inc., 800 Shades Creek Pkwy, Birmingham, Alabama 35209, all proceeds belonging to said defendant, Lynne Brackins, including but not limited to, checking account funds, savings account funds, private reserve account funds, 401K, retirement funds, IRAs, CDs, and make return of this writ, and the execution thereof, according to law.

IN WITNESS WHEREOF, I, Debbie C. Hackett, Clerk of said Court, have Set My Hand this the __14th__ day of __February__, 2008.

> DEBBIE C. HACKETT, Clerk
> United States District Court
> For the Middle District of Alabama

BY: _____
    Deputy Clerk